# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS PENNSYLVANIA,** | : | CIVIL ACTION NO. 1:19-CV-737 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES,** *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 27th day of March, 2020, upon consideration of the motion (Doc. 16) to dismiss by defendants, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 16) to dismiss is DENIED.

2. The parties are directed to meet and confer and, on or before **Friday, May 15, 2020**, jointly file a proposed pretrial and trial schedule in accordance with the court's trial term calendar as attached hereto.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

# Judge Conner
# 2020 – 2021 Court Calendar

## 2020

| Trial List | Discovery Cut-Off | Dispositive Motions & Briefs in Support | Affirmative Expert Reports | Responsive Expert Reports | Suppl. Expert Reports | Motions in Limine & Briefs in Support | Final Pre-Trial Conference | Voir Dire and Jury Instructions | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| January | 6/28/19 | 8/6/19 | 8/6/19 | 9/5/19 | 9/19/19 | 11/5/19 | 12/18/19 | 12/18/19 | 1/6/20 |
| February | 7/31/19 | 9/4/19 | 9/4/19 | 10/3/19 | 10/17/19 | 12/3/19 | 1/15/20 | 1/15/20 | 2/3/20 |
| March | 8/30/19 | 10/1/19 | 10/1/19 | 10/31/19 | 11/14/19 | 1/7/20 | 2/19/20 | 2/19/20 | 3/2/20 |
| April | 9/27/19 | 11/5/19 | 11/5/19 | 12/5/19 | 12/19/19 | 2/4/20 | 3/18/20 | 3/18/20 | 4/6/20 |
| May | 10/31/19 | 12/3/19 | 12/3/19 | 1/3/20 | 1/17/20 | 3/4/20 | 4/22/20 | 4/22/20 | 5/4/20 |
| June | 11/27/19 | 1/7/20 | 1/7/20 | 2/6/20 | 2/20/20 | 4/1/20 | 5/20/20 | 5/20/20 | 6/1/20 |
| July | 12/31/19 | 2/4/20 | 2/4/20 | 3/9/20 | 3/23/20 | 5/6/20 | 6/17/20 | 6/17/20 | 7/6/20 |
| August | 1/31/20 | 3/4/20 | 3/4/20 | 4/3/20 | 4/17/20 | 6/3/20 | 7/22/20 | 7/22/20 | 8/3/20 |
| September | 2/28/20 | 4/1/20 | 4/1/20 | 5/1/20 | 5/15/20 | 7/1/20 | 8/19/20 | 8/19/20 | 9/8/20 |
| October | 3/30/20 | 5/6/20 | 5/6/20 | 6/5/20 | 6/19/20 | 8/5/20 | 9/24/20 | 9/23/20 | 10/5/20 |
| November | 4/30/20 | 6/3/20 | 6/3/20 | 7/3/20 | 7/17/20 | 9/3/20 | 10/22/20 | 10/21/20 | 11/2/20 |
| December | 5/29/20 | 7/1/20 | 7/1/20 | 7/31/20 | 8/14/20 | 10/7/20 | 11/19/20 | 11/18/20 | 12/7/20 |

## 2021

| Trial List | Discovery Cut-Off | Dispositive Motions & Briefs in Support | Affirmative Expert Reports | Responsive Expert Reports | Suppl. Expert Reports | Motions in Limine & Briefs in Support | Final Pre-Trial Conference | Voir Dire and Jury Instructions | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| January | 6/28/20 | 8/6/20 | 8/6/20 | 9/7/20 | 9/21/20 | 11/5/20 | 12/17/20 | 12/16/20 | 1/4/21 |
| February | 7/31/20 | 9/4/20 | 9/4/20 | 10/5/20 | 10/19/20 | 12/3/20 | 1/21/21 | 1/20/21 | 2/1/21 |
| March | 8/31/20 | 10/1/20 | 10/1/19 | 11/2/21 | 11/18/20 | 1/7/21 | 2/18/21 | 2/17/21 | 3/1/21 |
| April | 9/29/20 | 11/5/20 | 11/5/20 | 12/4/20 | 12/18/20 | 2/4/21 | 3/18/21 | 3/17/21 | 4/5/21 |
| May | 10/30/20 | 12/3/20 | 12/3/20 | 1/4/21 | 1/19/21 | 3/4/21 | 4/22/20 | 4/21/20 | 5/3/21 |
| June | 11/27/20 | 1/7/20 | 1/7/21 | 2/5/21 | 2/19/21 | 4/1/21 | 5/20/21 | 5/19/21 | 6/7/21 |
| July | 12/31/20 | 2/4/21 | 2/4/21 | 3/4/21 | 3/18/21 | 5/6/21 | 6/17/21 | 6/16/21 | 7/6/21 |
| August | 1/29/21 | 3/4/21 | 3/4/21 | 4/5/21 | 4/19/21 | 6/3/21 | 7/22/21 | 7/21/21 | 8/2/21 |
| September | 2/26/21 | 4/1/21 | 4/1/21 | 5/3/21 | 5/17/21 | 7/1/21 | 8/19/21 | 8/18/21 | 9/7/21 |
| October | 3/30/21 | 5/6/21 | 5/6/21 | 6/4/21 | 6/18/21 | 8/5/21 | 9/23/21 | 9/22/21 | 10/4/21 |
| November | 4/30/21 | 6/3/21 | 6/3/21 | 7/6/21 | 7/20/21 | 9/3/21 | 10/21/21 | 10/20/21 | 11/1/21 |
| December | 5/28/21 | 7/1/21 | 7/1/21 | 7/29/21 | 8/12/21 | 10/7/21 | 11/18/21 | 11/17/21 | 12/6/21 |